NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

---

STATE OF ARIZONA, *Respondent*,

*v.*

OMAR SHAKUR AKRAM, *Petitioner*.

No. 1 CA-CR 16-0827 PRPC
FILED 3-29-2018

---

Petition for Review from the Superior Court in Maricopa County
No. CR2010-006443-001
CR2010-006840-002
The Honorable Pamela Hearn Svoboda, Judge

**REVIEW GRANTED; RELIEF DENIED**

---

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Omar Shakur Akram, Florence
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Diane M. Johnsen, Judge Kent E. Cattani and Judge Jennifer M. Perkins delivered the decision of the Court.

---

**PER CURIAM**:

¶1          Petitioner Omar Shakur Akram seeks review of the superior court's order denying his second and third petitions for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.

¶2          Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3          We have reviewed the record in this matter, the superior court's order denying the petitions for post-conviction relief, and the petition for review.  We find that petitioner has not established an abuse of discretion.

¶4          For the foregoing reasons, we grant review and deny relief.

